PAUL JONES & COMPANY v. Robert H. LUCAS, Formerly Collector of Internal Revenue for District of Kentucky.

No. 6155.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1933.

See, also, 33 F.(2d) 907.

Woodward, Hamilton & Hobson, of Louisville, Ky., for appellant.

T. J. Sparks, U. S. Atty., of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

James W. PENNOCK, Jr., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 331.

Circuit Court of Appeals, Second Circuit.

April 3, 1933.

Robert Ash, of Washington, D. C. (Nottingham, Clymer, Smith & Paltz, of Syracuse, N. Y., of counsel), for petitioner.

Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Arthur Carnduff, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Dalton v. Bowers (C. C. A.) 56 F.(2d) 16, affirmed 287 U. S. 404, 53 S. Ct. 205, 77 L. Ed. ——.

Simeon PORESKY, Plaintiff-Appellant, v. Louis C. PIERCE, Sr., and Louis C. Pierce, Jr., Defendants-Appellees.

No. 75.

Circuit Court of Appeals, Second Circuit.

April 3, 1933.

Simeon Poresky, in pro. per.

Arthur B. O'Keefe and Harry M. French, both of New Haven, Conn., for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

We have examined the printed record and supplemental typewritten transcript of the testimony submitted by the appellant, who has appeared in person, with care, because he, without legal training, has been obliged to argue his own appeal. After such careful examination, we are forced to the conclusion that the motion to set aside the jury's verdict was properly denied. We find no errors in the trial which justify our reversing the judgment entered for the appellees.

Judgment affirmed.